# EXHIBIT A

| | |
|---|---|
| D.N. MMX-CV18-6021332-S | SUPERIOR COURT |
| WARREN SCHUMACK | J.D. OF MIDDLESEX |
| v. | AT MIDDLETOWN |
| CONNECTICUT CVS PHARMACY, LLC | JUNE 20, 2018 |

## NOTICE OF PETITION OF REMOVAL

TO THE JUDGES AND CLERK OF THE SUPERIOR COURT FOR THE STATE OF CONNECTICUT AND TO THE PLAINTIFF AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 20, 2018, the defendant, Connecticut CVS Pharmacy, LLC, filed a Petition for Removal of this action to the United States District Court for the District of Connecticut pursuant to the provisions of 28 U.S.C. §§ 1332, 1441 and 1446. The case has been assigned docket number 3:18 cv 1054.

A true and correct copy of the Petition of Removal is attached hereto as "Exhibit A" and is filed and served herewith.

                                                DEFENDANT,
                                                CONNECTICUT CVS PHARMACY, LLC

By:  /s/
     Beck S. Fineman, Esq.
     Ryan Ryan Deluca LLP
     1000 Lafayette Blvd., Suite 800
     Bridgeport, CT 06604
     Juris No. 438500
     Phone: 203-549-6650

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2018, a copy of the above was mailed and/or e-mailed to the following counsel and pro se parties of record:

Ronald J. Barba, Esq.
Bender, Anderson and Barba, P.C.
250 State Street, Suite D-2
North Haven, CT  06473
*Attorney for Plaintiff, Warren Schumack*

/s/
Beck S. Fineman, Esq.

# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WARREN SCHUMACK | CIVIL ACTION NO.: 3:18 cv 1054 (     ) |
| Plaintiff, | |
| v. | |
| CONNECTICUT CVS PHARMACY, LLC | JUNE 20, 2018 |
| Defendant. | |

**PETITION FOR REMOVAL**

Pursuant to 28 U.S.C. § 1446 and § 1332(a), the defendant, Connecticut CVS Pharmacy, LLC ("Defendant"), hereby respectfully petitions this Court for removal of this civil action from the Superior Court of Connecticut, judicial district of Middlesex (hereinafter the "State Court Action") to the United States District Court for the District of Connecticut. In support of this petition, Defendant states as follows:

1. The Defendant petitions that this action be removed to federal court because the District Court has original jurisdiction based upon diversity of citizenship, in that the plaintiff is a citizen of Connecticut, and Defendant is a citizen of Rhode Island, and the amount in controversy exceeds $75,000.

2. On or about May 21, 2018, the plaintiff served on the defendant a Complaint returnable to court on June 26, 2018, in the Superior Court of Connecticut, judicial district of Middlesex. The Superior Court has assigned this case with docket number MMX-CV18-6021332-S. True and correct copies of the Summons and Complaint are attached

1

hereto as "Exhibit A," and a true and correct copy of the Return of Service is attached hereto as "Exhibit B."

3. Upon information and belief, Exhibits A and B constitute the entirety of the pleadings filed in the State Court Action.

4. There are no other defendants in this action.

### Diversity Jurisdiction

5. The State Court Action is a suit of a wholly civil nature of which the United States District Court for the District of Connecticut has jurisdiction based on diversity of citizenship under 28 U.S.C. § 1332(a), which provides that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . (2) citizens of a State and citizens or subjects of a foreign state."

6. The State Court Action is removable pursuant to 28 U.S.C. § 1441(b), which provides that an action "shall be removable . . . if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought."

7. Specifically, this Court has diversity jurisdiction over this action because:

   a. The plaintiff, Warren Schumack, is a United States citizen, residing in the State of Connecticut and was a citizen of the State of Connecticut at the time the Complaint was filed;

   b. The Defendant is a limited liability company formed in the State of Connecticut. The sole member of Connecticut CVS Pharmacy, LLC is CVS Pharmacy, Inc., a Rhode Island Corporation with its principle place of business in Woonsocket,

2

Rhode Island. Thus, for purposes of diversity jurisdiction, Defendant is a citizen of the State of Rhode Island.

   c. The claims brought by the plaintiff exceed the jurisdictional amount in controversy requirement because, on the face of the Complaint, any damage award could exceed $75,000 if the plaintiff succeeds on his claims.

   d. Specifically, the plaintiff claims to have suffered personal injuries as a result of Defendant's negligence. His alleged injuries include aggravation of a pre-existing groin fungal condition; severe pain; infections in and around his groin; mental and physical pain and suffering; loss of consortium; and lack of sleep. The plaintiff also claims to have incurred medical expenses and lost wages.

8. The United States District Court for the District of Connecticut embraces the place, Middletown, Connecticut, where the State Court Action is being brought.

9. This petition is being filed pursuant to 28 U.S.C. § 1446(b) within thirty (30) days from the date of first service of the Complaint upon the defendant.

10. Written notice of this filing of this Notice of Removal will be served on the plaintiff, pursuant to 28 U.S.C. § 1446(d), and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court in the State Court Action.

WHEREFORE, the defendant, Connecticut CVS Pharmacy, LLC, respectfully requests that this action be removed from the Superior Court for the State of Connecticut, judicial district of Middlesex, to the United States District Court for the District of Connecticut.

3

DEFENDANT,
CONNECTICUT CVS PHARMACY, LLC

By: /s/
Beck S. Fineman, Esq.(ct27648)
Ryan Ryan Deluca LLP
1000 Lafayette Blvd., Suite 800
Bridgeport, CT 06604
Phone: 203-549-6650

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
Beck S. Fineman, Esq.

4

# State of Connecticut Judicial Branch
## Superior Court E-Filing

Attorney/Firm: RYAN RYAN DELUCA LLP (438500)  E-Mail: hkoplin@ryandelucalaw.com   Logout

**Hide Instructions**           **You have successfully e-filed!**

Instructions: The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Superior Court E-Filing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

[Print This Page]

## Confirmation of E-filed Transaction (print this page for your records)

| | |
|---|---|
| **Docket Number:** | MMX-CV-18-6021332-S |
| **Case Name:** | SCHUMACK, WARREN v. CONNECTICUT CVS PHARMACY, LLC |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Jun-20-2018 |
| **Motion/Pleading by:** | RYAN RYAN DELUCA LLP (438500) |
| **Document Filed:** | 101.00 NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT |
| **Date and Time of Transaction:** | Wednesday, June 20, 2018 2:42:05 PM |

[E-File Another Pleading/Motion/Other document on this Case]

[Return to Civil / Family Menu]   [Return to Case Detail]

Copyright © 2018, State of Connecticut Judicial Branch